# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOZELLA MOBLEY,<br><br>            Plaintiff,<br>vs.<br><br>HATFIELD PORTFOLIO GROUP, LLC, a limited liability company d/b/a Harbinger Processing Group,<br><br>            Defendant. | CASE NO. 14-cv-1302-H-BLM<br><br>**ORDER DISMISSING ACTION FOR WANT OF PROSECUTION** |

Mozella Mobley ("Plaintiff") filed a complaint against Hatfield Portfolio Group, LLC, a limited liability company d/b/a Harbinger Processing Group ("Defendant") on May 27, 2014. (Doc. No. 1.) Plaintiff served Defendant on June 9, 2014. (Doc. No. 4 at 1.) On May 1, 2015, the Court issued a notice of hearing for dismissal for want of prosecution. (Doc. No. 5.)

On June 1, 2015 at 10:30 a.m., the Court held a hearing for dismissal for want of prosecution under Local Rule 41.1. Attorney Roberto Robledo appeared for Plaintiff. No one appeared for Defendant. Local Rule 41.1 provides that the Court can dismiss any action or proceeding that has been pending for more than six months, without any proceeding having been taken during such period, after a hearing. Plaintiff did not oppose the dismissal.

/ / /

1 | The Court dismisses the case without prejudice. The Court directs the clerk to
2 | close the case.
3 | **IT IS SO ORDERED.**
4 | DATED: June 1, 2015

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT